◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL G. FLOYD, Appellant. [844 NYS2d 735]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered October 25, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed as moot (see People v Griffin, 239 AD3d 936 [1997]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD M. KYLE, JR., Appellant. [844 NYS2d 735]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered April 13, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.